IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONICA JIMENEZ,                                                No. C 13-05535 SI

       Plaintiff,                                              **PRETRIAL PREPARATION ORDER**

  v.

DEPARTMENT OF STATE HOSPITALS,

       Defendant.
                                      /

      It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 8, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 13, 2015 (no extensions).

DESIGNATION OF EXPERTS: 9/8/15; REBUTTAL: 9/18/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 6, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by March 20, 2015;

    Opp. Due April 3, 2015;  Reply Due April 10, 2015;

    and set for hearing no later than April 24, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 24, 2015 at 3:30 PM.

JURY TRIAL DATE: December 7, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court extended the deadline for service of the complaint sixty (60) days.
This shall be referred to the Court's mediation program. The mediation session shall be completed by the end of July 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/24/14

                                                          SUSAN ILLSTON
                                                          United States District Judge

**United States District Court**
For the Northern District of California