PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
LAW OFFICES OF PAMELA Y. PRICE
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

Attorneys for Plaintiff
MONICA JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA JIMENEZ,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA (DEPARTMENT OF STATE HOSPITALS), REGINA PRICE-WILLIAMS, INDIVIDUALLY, AND JOYTEE SCOTT INDIVIDUALLY,<br><br>    Defendants. | CASE NO. C13-05535 SI<br><br>[PROPOSED] STIPULATION AND ORDER ENLARGING MEDIATION DEADLINE |

The parties, by and through their respective counsels of record, hereby stipulate and agree that the Mediation deadline currently scheduled to for July 29, 2014, may and shall be enlarged to September 29, 2014. Good cause exists for this continuance due to scheduling conflicts with the parties and/or their counsel. The mediation has been confirmed to take place on September 23, 2014.

Dated: July 28, 2014          LAW OFFICES OF PAMELA Y. PRICE

                              /s/ *Pamela Y. Price*
                              PAMELA Y. PRICE, Attorneys for Plaintiff
                              MONICA JIMENEZ


                              OFFICE OF THE ATTORNEY GENERAL


                              /s/ *Lyn Harlan*

-1-
[PROPOSED] STIPULATION AND ORDER (C13-05535 SI)

13016P201D-PYP

LYN HARLAN, Attorneys for Defendants
CALIFORNIA DEPARTMENT OF STATE HOSPITALS

**ORDER**

The Court, after reviewing and considering the parties' Stipulation and request to enlarge the Mediation Deadline, and good cause appearing therefore, **IT IS ORDERED** that the Mediation Deadline shall be enlarged to 9/25/14.

**IT IS SO ORDERED.**

Dated: 7/30/14

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT

The further case management conference is continued to 9/26/14 at 3:00 p.m.