PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
LAW OFFICES OF PAMELA Y. PRICE
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

Attorneys for Plaintiff
MONICA JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA JIMENEZ,<br><br>Plaintiff,<br>v.<br><br>STATE OF CALIFORNIA (DEPARTMENT OF STATE HOSPITALS), REGINA PRICE-WILLIAMS, INDIVIDUALLY, et al.,<br><br>Defendants. | NO. C13-05535 SI<br><br>**~~[PROPOSED]~~ STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>DATE: July 31, 2014 |

The parties, by and through their respective counsels of record, hereby stipulate and agree that the Case Management Conference currently scheduled for August 8, 2014, may and should be continued to October 17, 2014. Good cause exists for this continuance due to the delay in completing the previously-scheduled mediation and counsel for both parties agree that the mediation should preceed another Case Management Conference. The mediation has been confirmed to take place on September 23, 2014.

///

///

///

///

Dated: July 31, 2014

LAW OFFICES OF PAMELA Y. PRICE

/s/ *Pamela Y. Price*
PAMELA Y. PRICE, Attorneys for Plaintiff
MONICA JIMENEZ

OFFICE OF THE ATTORNEY GENERAL

/s/ *Lyn Harlan*
LYN HARLAN, Attorneys for Defendants
CALIFORNIA DEPARTMENT OF STATE HOSPITALS

**ORDER**

The Court, after reviewing and considering the parties' Stipulation and request to continue the Case Management Conference, and good cause appearing therefore, **IT IS ORDERED** that the Case Management Conference shall be continued to 9/29/14.

**IT IS SO ORDERED.**

Dated: 7/31/14

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT