UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MONICA JIMENEZ,

    Plaintiff,

  v.

DEPARTMENT OF STATE HOSPITALS, et al.,

    Defendants.

Case No. 13-cv-05535-SI   (NJV)

**ORDER TO SHOW CAUSE**

On April 16, 2015, following a settlement conference, the court set a status conference in this matter for May 1, 2015. *See* Clerk's Notice of April 16, 2015 (Doc. 43).  The parties were instructed to appear at the status conference by telephone. *Id*.  Counsel for Plaintiff failed to appear at the conference.  The court noted Counsel's failure to appear and reset the matter for May 5, 2015. *See* Clerk's Notice of May 1, 2015 (Doc. 47); Minute Entry (Doc. 48).

Now, Counsel for Plaintiff has failed to appear at the hearing set for May 5, 2015. Accordingly, it is ORDERED that Counsel for Plaintiff SHALL, ***on or before May 8, 2015***, show cause as to why she should not be sanctioned, or held in contempt, for failing to appear at the scheduled hearings.

***Counsel for Plaintiff is hereby warned that failure to respond to this order may result in the imposition of additional sanctions.***

**IT IS SO ORDERED**.

Dated: May 5, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge