UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MONICA JIMENEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>    Defendants. | Case No.  13-cv-05535-SI   (NJV)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 49, 50 |

Having reviewed Counsel for Plaintiff's Response to the Order to Show Cause (Doc. 50), and although Counsel does not provide good cause for failing to appear at both of the previously scheduled status conferences, the court believes that it now has Counsel's attention. Accordingly, it is ORDERED that the Order to Show Cause is (Doc. 49) DISCHARGED.

**Counsel for Plaintiff is reminded to mind the docket.**

**IT IS SO ORDERED**.

Dated: May 12, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge