1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   LAW OFFICES OF PAMELA Y. PRICE
2  A Professional Law Corporation
   Kaiser Center
3  300 Lakeside Drive, Ste. 417
   Oakland, CA  94612
4  Telephone:  (510) 452-0292
   Facsimile:   (510) 452-5625
5  E-mail: pamela.price@pypesq.com

6  Attorneys for Plaintiff
   MONICA JIMENEZ
7
   KAMALA D. HARRIS
8  Attorney General of California
   MIGUEL A. NERI
9  Supervising Deputy Attorney General
   LYN HARLAN
10 Deputy Attorney General
   State Bar No. 171471
11 1515 Clay Street, 20th Floor
   P.O. Box 70550
12 Telephone: (510) 622-2208
   Fax: (510) 622-2270
13 Email: Lyn.harlan@doj.ca.gov

14 Attorneys for Defendants
   STATE OF CALIFORNIA (DSH)
15 REGINA PRICE-WILLIAMS AND
   JOYTI SCOTT
16

17

18                  UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20  MONICA JIMENEZ,                      )  NO. C13-05535-SI
                                         )
21          Plaintiff,                   )  **STIPULATION FOR DISMISSAL**
                                         )
22  v.                                   )
                                         )
23  STATE OF CALIFORNIA (DEPARTMENT OF   )
    STATE HOSPITALS), REGINA PRICE-      )
24  WILLIAMS, INDIVIDUALLY, AND JOYTI    )
    SCOTT INDIVIDUALLY,                  )
25                                       )
            Defendants.                  )
26  _____)

27
        **IT IS HEREBY STIPULATED** by and between the parties to this action through their
28
    designated counsel that Plaintiff Monica P. Jimenez dismisses the Complaint in this matter with

1  prejudice pursuant to FRCP 41 (a)(1).  Each party shall bear her or its own attorneys' fees and costs.

Dated: October 19, 2015                LAW OFFICES OF PAMELA Y. PRICE

                                                                               /s/   *Pamela Y. Price*
                                               PAMELA Y. PRICE, Attorneys for Plaintiff
                                               MONICA JIMENEZ

Dated: October 19, 2015                CALIFORNIA ATTORNEY GENERALS OFFICE

                                               /s/   *Lyn Harlan*
Lyn Harlan, Attorney for Defendants STATE OF CALIFORNIA (DEPARTMENT OF STATE HOSPITALS), REGINA WILLIAMS AND JOYTI SCOTT

**IT IS SO ORDERED**
*[Signature]*
Judge Susan Illston
(United States District Court, Northern District of California seal)

## DECLARATION OF SERVICE BY E-MAIL and U.S. Mail

Case Name:  **Monica Jimenez v. State of California (Department of State Hospitals), Regina Price-Williams, individually, and Joyti Scott, individually**
No.:  C13-05535-SI (USDC Northern District of California)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On October 19, 2015, I served the attached **STIPULATION FOR DISMISSAL** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Pamela Y. Price, Esq.
LAW OFFICES OF PAMELA Y. PRICE
A Professional Law Corporation
Kaiser Center
300 Lakeside Drive, Ste. 417
Oakland, CA  94612
E-mail: pamela.price@pypesq.com

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 19, 2015, at Oakland, California.

|  |  |
|---|---|
| Larry Jefferson | _[signature]_ |
| Declarant | Signature |

OK214902235